## LEATH v. STATE.

### No. 20170.

Court of Criminal Appeals of Texas.

Feb. 15, 1939.

Walter Friberg and S. Heyser, both of Wichita Falls, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

The offense is driving an automobile on a public highway while under the influence of intoxicating liquor; the punishment, a fine of $50 and confinement in jail for 5 days.

It does not appear that appellant was sentenced. In the absence of a sentence this court is without jurisdiction.

The appeal is dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.